IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SHAWANA LAYNE (f/k/a Shawana Singleton), as Guardian Ad Litem and Next Friend to FRANK LEE LAYNE, JR., | § § § § § | No. 249, 2017 |
| Plaintiffs Below/Appellants, | § § | Court Below: Superior Court of the State of Delaware |
| v. | § § | C.A. No. N12C-12-057 |
| GAVILON GRAIN, LLC (d/b/a Peavey Company), JAIR CABRERA, | § § § § § | |
| Defendants Below/Appellees. | § | |

Submitted: January 24, 2018
Decided: February 7, 2018

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

## ORDER

This 7th day of February, 2018, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its July 10, 2015 order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice